UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNESTO GUTIERREZ,

    Petitioner,

  v.

CRAIG KOENIG, Acting Warden,

    Respondent.

Case No. 19-cv-04432-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Denying Petitioner's Motion for Entry of Default; Granting Respondent's Motion to Dismiss; and Denying Certificate of Appealability,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: 11/16/2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge